FILED
2005 Sep-30 PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **MICHAEL E. GOOLSBY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Civil Action No. CV 00-S-2734-W** |
| ) | |
| **DAVID ROSEMAN, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## FINAL JUDGMENT

On August 25, 2005, the magistrate judge's amended report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections . No objections have been filed by either the plaintiff or the defendants.

On July 22, 2005, an Order Dismissing Fewer Than All Claims was entered. (Doc. #40). The order dismissed plaintiff's claims against all defendants, with the exception of defendants Sergeant Iva Lundy and Correctional Officer Bryan Harlan. It is ORDERED that the July 22, 2005, order is hereby VACATED.

After careful consideration of the record in this case and the magistrate judge's amended report and recommendation, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS the recommendations of the magistrate judge. Accordingly, it is ORDERED, ADJUDGED and DECREED that the defendants' special report is considered as a motion for summary judgment and, as such, is

GRANTED. This action is hereby DISMISSED with prejudice. Costs are taxed to the plaintiff. The clerk is directed to close this file

For information regarding the cost of appeal, see the attached notice.

DONE this 29th day of September, 2005.